## Stone *v.* Washington Oil Company, Appellant.

Argued Nov. 11, 1903. Appeal, Nov. 181, Oct. T., 1903, by defendants, from decree of C. P. No. 2, Allegheny Co., Oct. T., 1893, No. 132, on bill in equity in case of C. W. Stone et al. v. Washington Oil Company. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Reversed.

OPINION BY MR. JUSTICE DEAN, January 4, 1904:

This is an appeal from the same decree from which plaintiffs appealed to No. 152, October term, 1903, in which we have handed down opinion this day. In that opinion, although we have reversed the decree, that reversal makes it all the worse for these appellants. We have said in that opinion all the case calls for. This appeal is therefore dismissed at costs of appellants.